## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGARITO CARDOSO SACRAMENTO,** | **CIVIL ACTION** |
| **Petitioner,** | |
| **v.** | |
| | **NO.  26-3535** |
| **J.L. JAMISON, MICHAEL T. ROSE, TODD LYONS, MARKWAYNE MULLIN, TODD BLANCHE,** | |
| **Respondents.** | |

## O R D E R

**AND NOW**, this 27th day of May, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

2. Respondents shall file and serve a response on or before **May 28, 2026**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_____

    **HODGE, KELLEY B., J.**