**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARGARITO CARDOSO SACRAMENTO,**<br>       **Petitioner,**<br><br>    **v.**<br><br>**J.L. JAMISON, MICHAEL T. ROSE, TODD LYONS, MARKWAYNE MULLIN, TODD BLANCHE,**<br>       **Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-3535** |

## O R D E R

**AND NOW**, this 4th day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), it is hereby **ORDERED** that Petitioner's counsel shall serve the Petition on Respondents and file a certificate of service on or before **June 9, 2026.**

          **BY THE COURT:**

          **/s/ Hon. Kelley B. Hodge**

             **HODGE, KELLEY B., J.**