# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARITO CARDOSO SACRAMENTO,<br>        Petitioner,<br><br>    v.<br><br>J.L. JAMISON, MICHAEL T. ROSE, TODD LYONS, MARKWAYNE MULLIN, TODD BLANCHE,<br>        Respondents. | CIVIL ACTION<br><br><br><br>NO.  26-3535 |

## O R D E R

**AND NOW**, this 10th day of June, 2026, upon consideration of Margarito Cardoso Sacramento's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The Petition is **GRANTED.** The Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on June 11, 2026.**

2. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government is temporarily enjoined from re-detaining Petitioner until **June 18, 2026.**

4. If the Government decides to pursue re-detention of Petitioner after June 18, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

5. The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

6. Further, the Government is directed to respond to Petitioner's request for costs and reasonable attorneys' fees, as provided for by the Equal Access to Justice Act, as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412, on or before **June 18, 2026**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**