**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARGARITO CARDOSO SACRAMENTO,** | **CIVIL ACTION** |
| Petitioner, | |
| v. | |
| | **NO.  26-3535** |
| **J.L. JAMISON, MICHAEL T. ROSE, TODD LYONS, MARKWAYNE MULLIN, TODD BLANCHE,** | |
| Respondents. | |

## O R D E R

**AND NOW**, this 17th day of June, 2026, upon consideration of the letter from the Government,[1] the Court noting that petitioner in this case, A 222-564-646, has filed two other cases related to his immigration detention – Civil Action No. 26-3466 before Hon. Paul S. Diamond and Civil Action No. 26-3536 before Hon. Gerald Pappert – the case before Judge Pappert having been withdrawn by counsel as duplicative and the case before Judge Diamond being the first case filed by the petitioner, and this Court, by Memorandum and Order dated June 10, 2026, having granted the Petition for Writ of *Habeas Corpus*, **IT IS ORDERED** as follows:

1.      The Memorandum and Order dated June 10, 2026, is **VACATED**.

2.      The *Habeas Corpus* Petition (ECF 1) is **DISMISSED WITHOUT PREJUDICE** as duplicative of Civil Action No. 26-3466.

3.      This case shall be **MARKED CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

---

[1] A copy of the letter from the Government dated June 12, 2026, shall be docketed by the Deputy Clerk.